UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNIA ESCALONA, an individual

    Plaintiff,

v.                                                                                       Case No: 2:16-cv-302-FtM-38CM

GULF COAST READERS, INC.,
ARCO MEDIA, INC., RHONDA
MOULDER and ANTHONY E.
MOULDER,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 35). Judge Mirando recommends granting Plaintiff Annia Escalona's Motion to Release Funds[2] (Doc. 34) to satisfy the Judgment (Doc. 23) but denying her request for additional court costs. Neither party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings of recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). The district judge "shall make a de novo determination of those portions of the report or specified

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] Judge Mirando construed Escalona's motion as a request for final judgment of garnishments against garnishee Bank of the Ozarks for $5,091.96. (Doc. 35).

proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After independently examining the file, and upon considering Judge Mirando's finding and recommendations, the Court accepts and adopts the Report and Recommendation (Doc. 35).

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 35) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

(2) Plaintiff Annia Escalona's Motion to Release Funds (Doc. 34) is **GRANTED in part** and **DENIED in part**.

   a. The Clerk is **DIRECTED** to enter judgment against garnishee, Bank of the Ozarks, for **$5,091.96**.

   b. The motion is **DENIED without prejudice** as to Escalona's request for $160.00 in court costs. Escalona may file a motion regarding the Court's authority to grant her request for an additional award of $160.00 in court costs for supplementary proceedings and for judgment against Bank of Ozarks for such amount.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of February 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record